JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CYMEYON VICTOR HILL,

      Plaintiff,

   v.

STEPHANIE CLENDENIN, ET AL.,

      Defendants.

No. ED CV 25-1637-JLS(E)

JUDGMENT

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated:  February 20, 2026.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE